No. 503, Misc. SPACK v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 505, Misc. YOUNG v. ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 508, Misc. POWELL v. CAVELL, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 509, Misc. BERRY v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 510, Misc. GALLARELLI v. UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 516, Misc. KIRBY v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 518, Misc. WILLIAMS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin* for the United States.

No. 522, Misc. DIXON v. BARTLEY, JUDGE OF THE CIRCUIT COURT OF WILL COUNTY. Supreme Court of Illinois. Certiorari denied.

No. 526, Misc. MURDAUGH v. NEW YORK. Court of Appeals of New York. Certiorari denied.